# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**LESHON K. FAGINS**

Case Number: **6:97-CR-126-ORL-22DAB**

USM Number: **21714-018**

Mark A. Reyes, Esq.
201 N. Park Ave.
Sanford FL 32771-1242

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number one of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Trafficking in Cocaine | March 23, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/30/2010

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

March __3 0__, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**. This term shall be consecutive to the term of imprisonment already or yet to be imposed in any future sentence in Docket No. 2009-31582CFAES, Volusia County Circuit Court.

The Court recommends to the Bureau of Prisons:

> The Defendant be afforded the opportunity to participate in a substance abuse treatment program

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                       By:_____
                                  Deputy U.S. Marshal